UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

SUSAN K. CHAPMAN,

                        Plaintiff,

  -against-                                6:05-CV-0778
                                                      (LEK/DEP)

JO ANNE B. BARNHART, Commissioner
of Social Security

                        Defendant.

## **DECISION AND ORDER**

This matter comes before the Court following a Report-Recommendation filed on April 27, 2006, by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 13).

Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1. No objections have been raised in the allotted time with respect to the Magistrate Judge's Report-Recommendation. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 13) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendant's Motion to remand (Dkt. No. 11) is **GRANTED**. The matter is **REMANDED** to the agency for further consideration pursuant to sentence six of section 205(b) of the Act, with this Court retaining continuing jurisdiction, and without entry of final judgment at this juncture; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:	January 23, 2007
	Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge