UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
SUSAN K. CHAPMAN,
                          Plaintiff

       -against-                    **STIPULATION OF DISMISSAL**
                                          **6:05-cv-00778-LEK-DEP**
                                          (**6:10-cv-00885-LEK -DEP**)

COMMISSIONER OF SOCIAL SECURITY,
                          Defendant.
------------------------------------------------------------

**UPON** the expressed desire of the plaintiff, who is currently receiving benefits under Title II of the Social Security Act based upon a subsequent application not subject to these proceedings,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties in the above-entitled action, that the case be dismissed with prejudice.

Dated: April 11, 2011
                                                        /S/
                                    PETER W. ANTONOWICZ
                                    Peter W. Antonowicz, Esq.
                                    1300 Floyd Avenue
                                    Rome, New York 13440
                                    Attorney for Plaintiff

Dated: April 11, 2011                 RICHARD S. HARTUNIAN
                                    U.S. Attorney for the Northern District
                                    of New York
                                    BY:    /s/ Sandra M. Grossfeld
                                    Sandra M. Grossfeld
                                    Assistant Regional Counsel
                                    Office of the General Counsel
                                    26 Federal Plaza, Room 3906
                                    New York, NY 10278
                                    Role No. 514022
                                    Attorney for Defendant

SO ORDERED:                             
Dated:                                        IT IS SO ORDERED:
     Syracuse, New York

                                        _____
                                    David E. Peebles
                                    U.S. Magistrate Judge

                                    Dated:  April 12, 2011